

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MIGUEL MENDOZA,                    §          No. 08-17-00230-CR

          Appellant,              §              Appeal from the

v.                                 §          41st District Court

THE STATE OF TEXAS,                §          of El Paso County, Texas

          State.                  §            (TC# 20140D02819)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 11, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 11, 2018.

IT IS SO ORDERED this 29th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.